# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:25-CR-00037-ALM-AGD** |
| | § | |
| SHARJEEL ASIF SURANI | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 22, 2026, the Magistrate Judge entered a Report (Dkt. #65) recommending that Defendant Sharjeel Asif Surani's Motion to Suppress Search of Residence and Supporting Brief (Dkt. #39), Motion to Suppress Search of Warehouse and Supporting Brief (Dkt. #40), and Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g) (Dkt. #38) be denied. On August 5, 2026, Defendant filed an objection to the Report (Dkt. #69).

Accordingly, having received the Report of the Magistrate Judge, Defendant's Objection (Dkt. #69), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Sharjeel Asif Surani's Motion to Suppress Search of Residence and Supporting Brief (Dkt. #39) and Motion to Suppress Search of Warehouse and Supporting Brief (Dkt. #40) are **DENIED**.

It is further **ORDERED** that Defendant's Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g) (Dkt. #38) is **DENIED.**

**IT IS SO ORDERED.**

**SIGNED this 14th day of August, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE